# ALABAMA COURT OF CRIMINAL APPEALS



September 26, 2025

**CR-2025-0035**

Michael Dean Todd v. State of Alabama (Appeal from Houston Circuit Court: CC-21-127.60, CC-21-128.60, CC-21-129.60, CC-21-130.60, CC-22-1498.60, CC-22-1499.60, and CC-22-1948.60)

## <u>NOTICE</u>

You are hereby notified that on September 26, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk